UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>JOHANNA ALEJANDRA LARA,<br><br>          Defendant. | Case No. 21-cr-03332-BAS<br><br>**ORDER DENYING MOTION TO REDUCE SENTENCE (ECF No. 50)** |

  The U.S. Sentencing Commission adopted amendments to the United States Sentencing Guidelines ("U.S.S.G."), which were submitted to Congress and became effective November 1, 2023. *See* Sentencing Guidelines for the United States Courts, 88 Fed. Reg. 60534 (Sept. 1, 2023); U.S.S.G. Amend. 821. Under Part B, these retroactive amendments added an "Adjustment for Certain Zero-Point Offenders." U.S.S.G. § 4C1.1. This adjustment provides for a two-point decrease in the offense level for defendants who "did not receive any criminal history points" when calculating the defendant's criminal history. *Id.* § 4C1.1(a)(1)–(10).

  Based these amendments, Defendant Johanna Alejandra Lara now files a Motion to Reduce Sentence under 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10. (ECF No. 50.) The Court referred this case to Federal Defenders of San Diego, Inc., for an evaluation under

1  General Order 755.  (ECF No. 53.)  Federal Defenders has now filed a status report
2  concluding the Court "can decide the Motion on the existing record without the assistance
3  of counsel."  (ECF No. 55.)

4      At the time of sentencing, the Court calculated Defendant's original guideline range
5  as 70–87 months (based on a base offense level of 27 and a criminal history category of I).
6  It is true that Defendant would qualify under the new guideline amendments as a zero-point
7  offender.  Under the new guidelines, Defendant's guideline range is now 57–71 months.

8      However, at the original sentencing, the Court varied downward and imposed a
9  sentence outside the guideline range of 37 months.  (ECF No. 47.)  This 37-month sentence
10 would still be below Defendant's guideline range even after the guideline amendments are
11 applied.  Under Application Note 3 to U.S.S.G. § 1B1.10, the Court may only reduce a
12 defendant's sentence because of an amended guideline to the low end of the amended
13 guideline range.  In this case, the low end of the amended guideline range is 57 months.
14 Since the Court sentenced Defendant to a lower sentence of 37 months and the same 18
15 U.S.C. § 3553(a) factors apply that warranted this sentence in the first place, Defendant is
16 not entitled to a reduced sentence.

17     Therefore, Defendant's Motion to Reduce Sentence (ECF No. 50) is **DENIED**.
18     **IT IS SO ORDERED.**

20 **DATED: March 22, 2024**

        Hon. Cynthia Bashant
        United States District Judge